**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

**UNITED STATES OF AMERICA,**
  **PLAINTIFF/APPELLEE.**

**V.**                            **NO. 24-5126**

**JASON MEYERHOLZ,**
  **DEFENDANT/APPELLANT.**

_____

**MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF**
_____

  Appellant respectfully moves the Court to extend the time for filing his brief. The brief is now due May 21, 2024. This is counsel's first request for an extension.

  Counsel alleges that:

1.  Counsel did not represent Mr. Meyerholz at the district court level.

2.  Counsel is reviewing the transcript. The transcript appears to be 41 volumes and several thousand pages.

3.  Due to the extent of counsel's trial calendar and litigation responsibilities, counsel respectfully asks for a 120 day extension of time to file the brief.

4.  In the past 90 days, counsel has conducted 3 separate jury trials that have each lasted 1 week.

  WHEREFORE PREMISES CONSIDERED, counsel requests 120 additional days to file the brief.

Respectfully submitted,

*s/Juni S. Ganguli*_____
Juni S. Ganguli
202 Adams Avenue
Memphis, TN 38103
901-544-9339

Counsel for Appellant

## CERTIFICATE OF SERVICE

I have served a copy of this motion to opposing counsel through the Court's electronic filing system on this 17 day of May 2024.

s/*Juni S. Ganguli*_____
Juni S. Ganguli