# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

**UNITED STATES OF AMERICA,**
    **PLAINTIFF/APPELLEE.**

**V.**                                                                               **NO. 24-5126**

**JASON MEYERHOLZ,**
    **DEFENDANT/APPELLANT.**

___

## MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF
___

    Appellant respectfully moves the Court to extend the time for filing his brief. The brief is now due August 5, 2024. This is counsel's second request for an extension.

    Counsel alleges that:

1. Counsel did not represent Mr. Meyerholz at the district court level.

2. Counsel is reviewing the transcript. The transcript appears to be 41 volumes and several thousand pages.

3. Due to the extent of counsel's trial calendar and litigation responsibilities, counsel respectfully asks for a 45 day extension of time to file the brief.

4. Since counsel requested and received his first extension in May 2024, he has prepared for 2 homicide trials. The first trial began July 8, 2024. That defendant pled guilty to a reduced offense on the third day of trial. The second trial began on July 22, 2024. That defendant pled guilty to a reduced

offense after voir dire. Counsel submitted a brief to the Court in *United States of America v. Floyd Adams* on June 20, 2024. Counsel also has an attempted murder trial that is scheduled to begin on August 5, 2024.

WHEREFORE PREMISES CONSIDERED, counsel requests 45 additional days to file the brief.

Respectfully submitted,

*s/Juni S. Ganguli*_____
Juni S. Ganguli
202 Adams Avenue
Memphis, TN 38103
901-544-9339
TN 18659/MS 99163

Counsel for Appellant

## CERTIFICATE OF SERVICE

I have served a copy of this motion to opposing counsel through the Court's electronic filing system on this 2 day of August 2024.

s/*Juni S. Ganguli*_____
Juni S. Ganguli